### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-00293-01,02,03,18-CR-W-DGK |
| GERALD L. GINNINGS, (01),<br>TREVOR SCOTT SPARKS, (02),<br>MARKUS MICHAEL A. PATTERSON, (03),<br>and<br>LOGAN TANNER LAWS, (18), | |
| Defendants. | |

### GOVERNMENT'S PROPOSED LIST OF EXHIBITS FOR TRIAL

Comes now the United States of America by and through Assistant United States Attorney Bruce Rhoades, and respectfully submits the following attached list of exhibits, which the Government may offer at trial commencing Monday, October 31, 2022, before the Honorable District Judge David Greg Kays.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By  */s/ Bruce Rhoades*

Bruce Rhoades (AR88156)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone:  (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 3, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Bruce Rhoades
Bruce Rhoades
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-00293-01,02,03,18-CR-W-DGK |
| GERALD L. GINNINGS, (01),<br>TREVOR SCOTT SPARKS, (02),<br>MARKUS MICHAEL A. PATTERSON, (03),<br>and<br>LOGAN TANNER LAWS, (18), | |
| Defendants. | |

## GOVERNMENT'S EXHIBITS FOR TRIAL

| | | |
|---|---|---|
| ✓ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Doug McCrorey personal items from stolen pickup recovered May 8, 2018. |
| 2 | | | | Firearm and ammunition recovered from stolen pickup on May 8, 2018. |
| 3 | | | | United States currency recovered from stolen pickup on May 8, 2018. |
| 4 | | | | Area diagram of June 2, 2018, "road rage incident" with Sparks, Ontman, and Spurlock at Smart and Hardesty, KCMO. |
| 5 | | | | Controlled substances from Ginnings 6.28.2018 arrest. |
| 6 | | | | Ammunition from 6.28.2018 Ginnings |

| | | | | |
|---|---|---|---|---|
| | | | | arrest. |
| 7 | | | | Photographs and other various items from 6.28.2018 Ginnings arrest. |
| 8 | | | | Recording of interview of Ginnings from 6.28.2018 arrest. |
| 9 | | | | Subpoenaed 2018 cell phone records of Sparks, Walker and Jones from Metro PCS at 2605 Independence Ave, KCMO |
| 10 | | | | Mainieri jail calls from Summer 2018. |
| 11 | | | | Deceased victim James Hampton's dentures from Chapman Lane residence in Winfield, MO |
| 12 | | | | Methamphetamine recovered from Chapman Lane residence in Winfield MO |
| 13 | | | | Lab report of recovered methamphetamine from Chapman Lane residence in Winfield MO |
| 14 | | | | Drug paraphernalia and scales recovered from Chapman Lane residence in Winfield MO |
| 15 | | | | Blood-stained items recovered from Chapman Lane residence in Winfield MO |
| 16 | | | | United States currency recovered from Chapman Lane residence in Winfield MO |
| 17 | | | | "Burn pit" items recovered from Chapman Lane residence in Winfield MO |
| 18 | | | | Items used to sanitize the Hampton torture scene recovered from Chapman Lane residence in Winfield MO |
| 19 | | | | Photographs and other various items of evidentiary value recovered from Chapman Lane residence in Winfield MO |
| 20 | | | | Firearms and ammunition recovered from Chapman Lane residence in Winfield MO |
| 21 | | | | Photographs of burned Challenger with Hampton's remains in trunk. |
| 22 | | | | Gas can recovered from Challenger burn site. |
| 23 | | | | Video from Valero gas station near burn site. |

| | | | | |
|---|---|---|---|---|
| 24 | | | | Medical examiner report and photographs on Hampton. |
| 25 | | | | Forensic Anthropologist report and photographs on Hampton. |
| 26 | | | | Homicide victim Brittanie Broyles text messages from Defendant Gloria Jones' telephone. |
| 27 | | | | Broyles homicide scene photographs |
| 28 | | | | Broyles's socks and clothes recovered from her body at homicide scene. |
| 29 | | | | Shell cases recovered from Broyles homicide scene. |
| 30 | | | | Evidence recovered from Broyles' body during autopsy. |
| 31 | | | | Medical examiner report and photographs on Broyles. |
| 32 | | | | Methamphetamine recovered at arrest of Marcus Patterson on 8/30/2018. |
| 32.a | | | | Photographs from Patterson 8/30/2018 arrest. |
| 33 | | | | United States currency recovered at arrest of Marcus Patterson on 8/30/2018. |
| 34 | | | | Drug paraphernalia, and similar items recovered at arrest of Marcus Patterson on 8/30/2018. |
| 35 | | | | Methamphetamine purchased from Jones, Walker, and Sparks on 9/13/2018. |
| 36 | | | | Methamphetamine purchased from Jones, Walker, and Sparks on 9/20/2018. |
| 37 | | | | Methamphetamine recovered from Defendant Ginnings arrest on 9/27/2018. |
| 38 | | | | Drug paraphernalia recovered from Defendant Ginnings arrest on 9/27/2018. |
| 39 | | | | Firearm and ammunition recovered from Defendant Ginnings arrest on 9/27/2018. |
| 40 | | | | Recorded interviews of Ginnings from 9/27/2018 arrest. |
| 41 | | | | Photographs of recovered items from Ginnings 9/27/2018 arrest. |
| 42 | | | | Methamphetamine, US currency, drug |

| | | | | |
|---|---|---|---|---|
| | | | | paraphernalia, ammunition, firearm, and photographs from 2nd search of Chapman Lane residence on Winfield, MO on 11/15/2018. |
| 43 | | | | Methamphetamine, US currency, drug paraphernalia, firearms, ammunition, drug ledgers, photographs, and personal items from the law enforcement vehicle pursuit of Defendant Araujo and arrest of Defendant Meyers. |
| 44 | | | | Methamphetamine, cocaine, and marijuana recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 45 | | | | United States currency recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 46 | | | | Firearms and ammunition recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 47 | | | | Drug paraphernalia recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 48 | | | | Drug ledgers recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 49 | | | | Receipts and other evidence items recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 50 | | | | Lab reports from controlled substances recovered from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 51 | | | | Photographs from search of Sparks residence on Smart Avenue KCMO on 12/18/2018. |
| 52 | | | | Methamphetamine and drug paraphernalia recovered from 3rd search of Chapman Lane residence in Winfield, MO on 12/18/2018. |
| 53 | | | | DNA laboratory reports. |
| 54 | | | | NIBIN firearm and ammunition match reports regarding various events related to firearms and shell casings and ammo recovered in this investigation. |

Page 4

| | | | | |
|---|---|---|---|---|
| 55 | | | | Firearm and ammunition NEXUS reports from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), regarding various firearms recovered in this investigation. |
| 56 | | | | Cellular telephone recovered at Logan Laws arrest on 7/23/2020. |
| 57 | | | | Firearms, ammunition, and accoutrement recovered at Logan Laws arrest on 7/23/2020. |
| 58 | | | | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) records concerning firearm purchases, etc involving Logan Laws. |
| 59 | | | | Two firearms of Logan Laws recovered from Gun Grove pawn shop on 7/29/2020. |
| 60 | | | | Firearms and paperwork related to Logan Laws recovered from Smart Avenue search on 12/18/2018. |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |
| 70 | | | | |
| 71 | | | | |
| 72 | | | | |
| 73 | | | | |
| 74 | | | | |
| 75 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 5