IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>GERALD L. GINNINGS, (01),<br>TREVOR SCOTT SPARKS, (02),<br>MARKUS MICHAEL A. PATTERSON, (03),<br>and<br>LOGAN TANNER LAWS, (18),<br><br>     Defendants. | Case No. 18-00293-01,02,03,18-CR-W-DGK |

## GOVERNMENT'S WITNESS LIST

The United States of America by the undersigned counsel hereby files the following list of witnesses, which the Government may call at trial. The Government reserves the right to amend or supplement this witness list before and during trial.

1. U.S. v. Ginnings, et al. Cooperating Defendant #2, VA
   Contact through the United States Attorney's Office

2. U.S. v. Bailey, et al. Cooperating Defendant #17, TB
   Contact through the United States Attorney's Office

3. Sergeant Aaron Benson
   Kansas City, Missouri Police Department

4. Cooperating Witness II, RB
   Contact through the United States Attorney's Office

5. Special Agent Joel D. Bingaman
   Federal Bureau of Investigation – St. Louis Field Office

6. Sergeant Doug Blodgett
   Jackson County, Missouri Sheriff's Department

7. Cooperating Witness G, SB
   Contact through the United States Attorney's Office

8. Officer Paul Brooks
   Grandview, MO Police Department

9. Detective Edward Caballero
   Kansas City, Missouri Police Department

10. Coroner Dr. R. Chandra
    Lafayette County, MO

11. Cooperating Witness PP, DC
    Contact through the United States Attorney's Office

12. Cooperating Witness AA, MC
    Contact through the United States Attorney's Office

13. U.S. v. Bailey, et al. Cooperating Defendant #21, AC
    Contact through the United States Attorney's Office

14. Special Agent Ryan Cornelius
    Federal Bureau of Investigation – Kansas City, MO Field Office

15. Officer Dustin Davis
    St. James, Missouri Police Department

16. Special Agent William J. Dorsey
    Federal Bureau of Investigation – St. Louis, MO Field Office

17. Cooperating Witness Q, MF
    Contact through the United States Attorney's Office

18. U.S. v. Bailey, et al. Cooperating Defendant #20, DF
    Contact through the United States Attorney's Office

19. Cooperating Witness J, KG
    Contact through the United States Attorney's Office

20. Cooperating Witness D, JG
    Contact through the United States Attorney's Office

21. Kirk Harding
    605 SW 15th Terrace
    Lee's Summit, MO 64081

22. Cooperating Witness L, JH
    Contact through the United States Attorney's Office

23. Cooperating Witness S, SH
    Contact through the United States Attorney's Office

24. U.S. v. Bailey, et al. Cooperating Defendant #22, MH
    Contract through the United States Attorney's Office

25. Detective Cory Horalek
    Kansas City, Missouri Police Department

26. Officer Roger Jarrett
    St. James, Missouri Police Department

27. Officer Johns
    Kansas City, Missouri Police Department

28. U.S. v. Ginnings, et al. Cooperating Defendant #1, GJ
    Contact through the United States Attorney's Office

29. Special Agent Ellen Judy
    Federal Bureau of Investigation – Kansas City, MO Field Office

30. U.S. v. Ginnings, et al. Cooperating Defendant #28, PK
    Contact through the United States Attorney's Office

31. U.S. v. Ginnings, et al. Cooperating Defendant #9, BK
    Contact through the United States Attorney's Office

32. Dr. Alexandra R. Klales
    Washburn University
    1700 SW College Avenue
    Topeka, KS 66621

33. U.S. v. Bailey, et al. Cooperating Defendant #18, JL
    Contact through the United States Attorney's Office

34. Deputy Kenneth Lewie
    Lafayette County, Missouri Sheriff's Office

35. U.S. v. Ginnings, et al. Cooperating Defendant #7, AM
    Contact through the United States Attorney's Office

36. Adam Mallory
    Formerly Sni Valley Fire Fighter
    1600 S. Broadway
    Oak Grove, MO 64075

37. Trooper M.T. Manley
    Missouri State Highway Patrol

38. Metro PCS Manager
    2605 Independence Avenue
    Kansas City, MO 64124

39. Special Agent Trisha McCormick
    Federal Bureau of Investigation – Kansas City, Missouri Field Office

40. U.S. v. Ginnings, et al. Cooperating Defendant #11, KM
    Contact through the United States Attorney's Office

41. U.S. v. Ginnings, et al. Cooperating Defendant #12, MM
    Contact through the United States Attorney's Office

42. Cooperating Witness C, RM
    Contact through the United States Attorney's Office

43. Corporal Franklin McDevitt
    Raytown, Missouri Police Department

44. Cooperating Witness B, RM
    Contact through the United States Attorney's Office

45. Special Agent Robert Millier
    Bureau of Alcohol, Tobacco, Firearms, and Explosives

46. Detective Scott Mullens
    Kansas City, Missouri Police Department

47. U.S. v. Ginnings, et al. Cooperating Defendant #13, PM
    Contact through the United States Attorney's Office

48. Robert A. Ontman
    811 Elmwood Avenue
    Kansas City, Missouri 64123

49. U.S. v. Ginnings, et al. Cooperating Defendant #24, CP
    Contact through the United States Attorney's Office

50. Cooperating Witness O, TP
    Contact through the United States Attorney's Office

51. Cooperating Witness MM, NP
    Contact through the United States Attorney's Office

52. Officer Chad Pfaff
    Kansas City, Missouri Police Department

53. Shane Thomas Pierce
    1006 Benjamin Boulevard
    St. James, MO 65559

54. Dr. B. Robert Pietak
    Office of the Jackson County Medical Examiner

55. Cooperating Witness CC, BP
    Contact through the United States Attorney's Office

56. Trooper Tony Puzzuti
    Missouri State Highway Patrol

57. Cooperating Witness F, DR
    Contact through the United States Attorney's Office

58. Cooperating Witness E, MR
    Contact through the United States Attorney's Office

59. U.S. v. Ginnings, et al. Cooperating Defendant #4, DR
    Contact through the United States Attorney's Office

60. U.S. v. Ginnings, et al. Cooperating Defendant #14, CR
    Contact through the United States Attorney's Office

61. Cooperating Witness KK, AR
    Contact through the United States Attorney's Office

62. Captain Michelle Rogers
    Raytown, Missouri Police Department

63. Officer Thomas Saccardi
    Raytown, Missouri Police Department

64. Myrna Saenz
    Kansas City, MO

65. U.S. v. Ginnings, et al. Cooperating Defendant #6, LS
    Contact through the United States Attorney's Office

66. Deputy C. Schroer
    Lafayette County, Missouri Sheriff's Office

67. Raymond Sessions
    106 17th Street
    Greenwood, MO 64034

68. Sergeant Chris Shrout
    Raytown, Missouri Police Department

69. Cooperating Witness EE, DS
    Contact through the United States Attorney's Office

70. Laura Smith
    2613 Planeview Terrace
    Alton, IL 62002

71. Richard D. Spurlock
    322 Drury Avenue
    Kansas City, MO 64123

72. Trooper Glenn Suschanke
    Missouri State Highway Patrol

73. Marius C. Tarau
    Deputy Medical Examiner
    Office of the Jackson County Medical Examiner

74. Trooper Fred Taylor
    Missouri State Highway Patrol

75. Shari Ann Taylor
    305 NW 39th Street
    Blue Springs, MO 64015

76. Detective Thomas
    Kansas City, Missouri Police Department

77. U.S. v. Ginnings, et al. Cooperating Defendant #5, ST
    Contact through the United States Attorney's Office

78. Deputy Nate Tretter
    Lafayette County, Missouri Sheriff's Department

79. U.S. v. Ginnings, et al. Cooperating Defendant #3, LW
    Contact through the United States Attorney's Office

80. Detective Logan Waterworth
    Independence, Missouri Police Department

81. U.S. v. Ginnings, et al. Cooperating Defendant #15, AW
    Contact through the United States Attorney's Office

82. U.S. v. Bailey, et al. Cooperating Defendant #30, HW

83. Officer Michael Watson
    St. James, Missouri Police Department

84. Cooperating Witness A, JW
    Contact through the United States Attorney's Office

85. U.S. v. Bailey, et al. Cooperating Defendant #19, CW
    Contact through the United States Attorney's Office

86. U.S. v. Bailey, et al. Cooperating Defendant #27, MW
    Contact through the United States Attorney's Office

87. Cooperating Witness K, SW
    Contact through the United States Attorney's Office

88. Trooper Isiah Willis
    Missouri State Highway Patrol

89. U.S. v. Ginnings, et al. Cooperating Defendant #16, MZ
    Contact through the United States Attorney's Office

Respectfully submitted,

Teresa A. Moore
United States Attorney

By  /s/Bruce Rhoades

Bruce Rhoades (AR88156)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 3, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Bruce Rhoades
Bruce Rhoades
Assistant United States Attorney