IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-00293-18-CR-W-DGK |
| Plaintiff, | **COUNT ONE:** *Acquisition of Firearms using False Statements* |
| v. | 18 U.S.C § 922(a)(6) and 924 (a)(2) |
| | NMT 10 Years Imprisonment |
| LOGAN TANNER LAWS, | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| | Class C Felony |
| Defendant. | |
| | **ALLEGATION OF CRIMINAL FORFEITURE:** |
| | $100 Mandatory Special Assessment |

# I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
*Acquisition of Firearms using False Statements*

Between on or about January 1, 2018, and December 18, 2018, said dates being approximate, in the Western District of Missouri, and other places, defendant, LOGAN TANNER LAWS, knowing the information was false and intending it to deceive, and in connection with the acquisition of a firearm, acquired at least one firearm from a federal firearm licensed firearm dealer by knowingly making a false or fictitious written statement intended to deceive said federal firearm licensed firearm dealer of a material fact regarding the disposition of such firearm, to wit: defendant filled out a federal firearms acquisition form or forms stating that the firearm or firearms he was therein intent on acquiring from said dealer were for himself when in fact they were for his brother, a person federally prohibited from acquiring firearms, all contrary to the provisions of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

## ALLEGATIONS OF FORFEITURE

The allegations contained in **Count One** of this Information are re-alleged and incorporated by reference as though set forth fully here in for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in **Count One** of this Information, the defendant shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to, those specifically listed in the Third Superseding Indictment, as they were all used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the violations incorporated by reference in this allegation.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

                                          Respectfully submitted,

                                          TERESA A. MOORE
                                          United States Attorney

By    */s/ Bruce Rhoades*

                                          Bruce Rhoades
                                          Assistant United States Attorney

                                          Charles Evans Whittaker Courthouse
                                          400 East Ninth Street, Suite 5510
                                          Kansas City, Missouri 64106
                                          Telephone: (816) 426-3122

Dated: October 17, 2022