UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
222 N. JOHN Q. HAMMONS PARKWAY
SPRINGFIELD, MISSOURI 65806

David P. Rush, Chief Magistrate Judge　　　　　　　　　　　　　　　　(417) 865-3761

October 18, 2022

The Honorable Beth Phillips
United States District Court
Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: October 31, 2022 Joint Criminal Jury Trial Docket

Dear Chief Judge Phillips:

Magistrate Judges Epps, Counts, Morris, Gaddy and I have completed pretrial conferences for all cases set on the October 31, 2022 Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend the following cases be scheduled and assigned for trial. <u>This letter amends and replaces the letter sent on October 17, 2022.</u>

## Week of October 31, 2022

### KANSAS CITY

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 22-00129-01-CR-W-RK | Theodore Watkins, Jr. IN CUSTODY | Ketchmark | 2 days 10/31 (Mon.) |

Notes:  Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 18-00293-CR-W-DGK | Gerald L. Ginnings (1) IN CUSTODY Trevor Scott Sparks (2) IN CUSTODY Markus Michael A. Patterson (3) IN CUSTODY | Kays | 2 weeks 11/1 (Tue.) |

Notes:  Attorneys/Defendant must be present at 8:00 a.m. Jury selection at 9:00 a.m.

### SPRINGFIELD

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 22-03007-01-CR-S-SRB | Jacob Sanders IN CUSTODY | Harpool | 2 days 11/1 (Tue.) |

Notes:  Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

<u>JEFFERSON CITY</u>

No trials

**<u>Week of November 7, 2022</u>**

<u>KANSAS CITY</u>

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 21-00110-01-CR-W-HFS | Leon L. Dudley, III<br>ON BOND | Wimes | 3 days<br>11/7 (Mon.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 21-00167-01-CR-W-DGK | David T. Thompson<br>IN CUSTODY | Bough | 3.5 days<br>11/7 (Mon.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

<u>SPRINGFIELD</u>

No trials

<u>JEFFERSON CITY</u>

No trials

If you have any questions, please contact me at your convenience.

> Sincerely,
> /s/ *David P. Rush*
> DAVID P. RUSH
> United States Magistrate Judge

cc via e-mail:
| | | |
|---|---|---|
| Honorable D. Gregory Kays | Honorable Jill A. Morris | Ms. Terri Moore |
| Honorable Brian C. Wimes | Honorable W. Brian Gaddy | Mr. Gary Broyles, Jr. |
| Honorable M. Douglas Harpool | Honorable John T. Maughmer | Probation/Pretrial Services |
| Honorable Stephen R. Bough | Honorable Robert E. Larsen | Mr. Jeff Valenti |
| Honorable Roseann A. Ketchmark | Honorable Sarah W. Hays | United States Marshal |
| Honorable Howard F. Sachs | Ms. Paige Wymore-Wynn | All Courtroom Deputies |
| Honorable Dean Whipple | Mr. Randall Henderson | All Judicial Assistants |
| Honorable Fernando J. Gaitan, Jr. | Ms. Laura Bax | Ms. Kathy Calvert |
| Honorable Gary A. Fenner | Ms. Robin Jones | Ms. Karen Graves |
| Honorable Nanette K. Laughrey | Ms. Elvia Farley | Ms. Cheryl Labrecque |
| Honorable Willie J. Epps, Jr. | Ms. Stacy O'Connor | Ms. Netra Sreeprakash |
| Honorable Lajuana M. Counts | Mr. Steve Burch | Ms. Rebecca Suroff |