IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>TREVOR SCOTT SPARKS, (02),<br><br>                 Defendant. | Case No. 18-00293-02-CR-W-DGK |

**GOVERNMENT'S RESPONSE TO DEFENDANT SPARKS'S MOTION IN LIMINE
TO EXCLUDE CO-DEFENDANT STATEMENTS (DOC. 680)**

Comes now the United States of America, by and through its undersigned attorney, and submits the following response to Defendant Sparks's motion in limine to exclude co-defendant statements (Doc. 680).

As co-defendants Ginnings and Patterson have pleaded guilty, and their pleas have been accepted by the Court, the Government is currently unaware of any basis to introduce the statements of Ginnings and Patterson in its case-in-chief.

WHEREFORE, the Government respectfully requests that the Court enter an order denying the defendant's motion in limine to exclude co-defendant statements (Doc. 680) as moot.

                                                         Respectfully submitted,

                                                         Teresa A. Moore
                                                         United States Attorney

                                      By   /s/Bruce Rhoades

                                                         Bruce Rhoades
                                                         Assistant United States Attorney
                                                         Violent Crime & Drug Trafficking Unit
                                                         Charles Evans Whittaker Courthouse
                                                         400 East Ninth Street, Suite 5510
                                                         Kansas City, Missouri 64106
                                                         Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 24, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

      /s/Bruce Rhoades
Bruce Rhoades
Assistant United States Attorney