IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
WESTERN DISTRICT

UNITED STATES OF AMERICA, )
)
                 Plaintiff, )
)
vs. ) Case No. 4:18-cr-00293-DGK
)
TREVOR SPARKS, )
)
                 Defendant, )

## DEFENDANT'S PROPOSED WITNESS LIST

COMES NOW the Defendant, Trevor Sparks, by and through undersigned counsel F.A. White Jr. and hereby files a list of the following witnesses he may call at the trial of this matter:

1. Any government (law enforcement) agent involved in any of the investigations relevant to the allegations of the Indictment.

2. Any witness relating to impeachment of any government or defense witnesses. (These witnesses cannot be determined at his time because the parties have not provided this evidence.)

3. The defendant reserves the right to call rebuttal witnesses.

4. The defendant reserves the right to call any witness listed by the government on its proposed witness list, identified in the discovery produced by the government, identified in rebuttal, or identified in surrebuttal.

1

5. The defendant may elect to testify.

6. The defendant reserves the right to amend this list.

Respectfully submitted,

/s/ F.A. "Al" White, Jr.
F.A. White, Jr., MO 22565
7924 N. Cherry, St.
Kansas City, MO 64118
816-454-5300
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing was electronically filed with the Court this 28th day of October, 2022.

/s/ F.A. "Al" White, Jr.
F.A. White, Jr.