# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-00293-02-CR-W-DGK |
| TREVOR SCOTT SPARKS, (02), | |
| Defendant. | |

## GOVERNMENT'S AMENDED LIST OF EXHIBITS FOR TRIAL

Comes now the United States of America by and through Assistant United States Attorney Bruce Rhoades, and respectfully submits the following attached list of exhibits, which the Government may offer at trial commencing Tuesday, November 1, 2022, before the Honorable District Judge David Greg Kays.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By /s/ Bruce Rhoades

Bruce Rhoades (AR88156)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was delivered on October 31, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                             /s/Bruce Rhoades
                                             Bruce Rhoades
                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 18-00293-02-CR-W-DGK |
| TREVOR SCOTT SPARKS, (02), | |
| Defendants. | |

## GOVERNMENT'S EXHIBITS FOR TRIAL

| ✓ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | **Search Warrant – 5501 Smart Avenue, Kansas City, MO – December 18, 2018** |
| 1 | | | | 878.1 grams of cocaine from black box (1B19) |
| 2 | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated February 3, 2021, by Fredericka M. Laux, Senior Forensic Chemist (GINN_92063) |
| 3 | | | | Bag of scales (1B6-KC) |
| 4 | | | | Methamphetamine (1B9) |

Page 1

| | | | | | |
|---|---|---|---|---|---|
| 5 | | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated August 2, 2019, by Heather M. Miller, Senior Forensic Chemist (GINN_92043) |
| 6 | | | | | Marijuana (1B24) |
| 7 | | | | | Methamphetamine from black box (1B21) |
| 8 | | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated November 26, 2019, by Heather M. Miller, Senior Forensic Chemist (GINN_92051) |
| 9 | | | | | Marijuana (1B36) |
| 10 | | | | | Scale (1B44) |
| 11 | | | | | Cocaine (1B56) |
| 12 | | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated February 3, 2021, by Fredericka M. Laux, Senior Forensic Chemist (GINN_92063) |
| 13 | | | | | Marijuana (1B58) |
| 14 | | | | | Cocaine (1B67) |
| 15 | | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated July 23, 2019, by Sara M. Manney, Forensic Chemist (GINN_92047) |
| 16 | | | | | Packages with trace marijuana (1B167) |
| 17 | | | | | Bag of ammo, magazines, etc. (1B84) |
| 18 | | | | | Plano box containing live rounds (1B13-KC) |
| 19 | | | | | Glock Model 22 .40 caliber handgun, Serial #BHAK692 (1B22) |
| 20 | | | | | 50 round drum magazine (1B23) |
| 21 | | | | | Shadow 15 AR pistol, Serial #SDW00160 (1B59) |
| 22 | | | | | Drum magazine (1B60) |
| 23 | | | | | Drum magazine (9mm) (1B77) |
| 24 | | | | | Black extended 9mm magazine (1B45) |
| 25 | | | | | 9mm magazine and .223 drum magazine (1B75) |

| | | | | | |
|---|---|---|---|---|---|
| 26 | | | | | Taurus Model 247G2 9mm caliber handgun with magazine and ammo, no round in chamber, Serial #THP36424 (1B61) |
| 27 | | | | | Smith and Wesson Model SW40VE .40 caliber handgun with magazine and round in chamber, Serial #DWV7530 (1B32 - KC) |
| 28 | | | | | Taurus Model G2C 9mm handgun loaded with round in chamber, Serial #TLS49750 (1B38) |
| 29 | | | | | Smith and Wesson Model SD40VE .40 caliber handgun loaded with round in chamber, Serial #HEY3705 (1B63) |
| 30 | | | | | Ruger Model EC9S 9mm handgun loaded with round in chamber, Serial #45503954 (1B52) |
| 31 | | | | | Glock Model 22 .40 caliber handgun loaded with round in chamber, Serial #RMX867 (1B65) |
| 32 | | | | | Taurus Model PT111G2 9mm handgun loaded with round in chamber, Serial #TKN19799 (1B69-KC) |
| 33 | | | | | Smith and Wesson Model SD9BE 9mm caliber handgun loaded with round in chamber, Serial #HEB0953 (1B17-KC) |
| 34 | | | | | Mossberg Model 500 12 gauge shotgun loaded with round in chamber, Serial #U117427 (1B30) |
| 35 | | | | | 20 spent rounds from basement (1B86) |
| 36 | | | | | 100 spent rounds from basement (1B87) |
| 37 | | | | | Masterpiece Arms 9mm Uzi, Serial #F15965 (1B16) |
| 38 | | | | | Glock Model 20 10mm caliber handgun with magazine, Serial #BDDK234 (1B70) |
| 39 | | | | | Glock Model 19 9mm caliber handgun, Serial #ACHY981 (1B12) |
| 40 | | | | | Maverick Model 88 12 gauge shotgun, Serial #MV0105656 (1B72) |
| 41 | | | | | Stag Arms Model AR15 .223 caliber semi-automatic rifle, Serial #64773 (1B81) |
| 42 | | | | | Cai Model PAP M85NP 5.56 x 45mm caliber AK pistol, Serial #M85-NP009591 (1B79) |

| # | | | | | Description |
|---|---|---|---|---|---|
| 43 | | | | | American Tactical Model Omni Hybrid Multi-Cal .223/5.56 caliber semi-automatic pistol, Serial #NS167731 (1B80) |
| 44 | | | | | Winchester Model 1200 12 gauge shotgun, Serial #3815 (defaced) (1B73) |
| 45 | | | | | Cai Model PAP M92PV 7.62 x 39mm caliber AK pistol, Serial #M92PV029294 (1B76) |
| 46 | | | | | Westerfield Model 550CD 20 gauge shotgun, Serial #H380221 (1B83) |
| 47 | | | | | Drug ledger (1B43) |
| 48 | | | | | Green bag (had money in it) (1B169) |
| 49 | | | | | Purple notebook (drug ledgers) (1B7) |
| 50 | | | | | Black bag (had money in it) (1B170) |
| 51(a) | | | | | Photo of outside of house (GINN_00659) |
| 51(b) | | | | | Photo of backyard of house with cars (GINN_00667) |
| 51(c) | | | | | Photo of entryway (GINN_00672) |
| 51(d) | | | | | Photo of front entrance view (GINN_00673) |
| 51(e) | | | | | Photo of front entrance view into room (GINN_00674) |
| 51(f) | | | | | Photo of back room (GINN_00702) |
| 51(g) | | | | | Photo of stairs to basement with bullet holes (GINN_00734) |
| 51(h) | | | | | Photo of box of scales and phones (GINN_00761) (1B6-KC) |
| 51(i) | | | | | Photo of drug ledger (purple notebook and paper) (GINN_00776) (1B7) |
| 51(j) | | | | | Photo of Plano box (GINN_00778) (1B13-KC) |
| 51(k) | | | | | Photo of dresser in bedroom with Glock and money on dresser (GINN_00781) (1B169) |
| 51(l) | | | | | Close-up photo of gray colored Glock (GINN_00783) (1B12) |
| 51(m) | | | | | Photo of green bag with money (GINN_00787) (1B169) |
| 51(n) | | | | | Close-up photo of green bag with money (GINN_00789) (1B169) |
| 51(o) | | | | | Photo of drug ledger (next to green bag) (GINN_00790) (1B43) |

| | | | | | |
|---|---|---|---|---|---|
| 51(p) | | | | | Photo of black box with cocaine and methamphetamine on floor (GINN_00794) (1B19) (1B21) |
| 51(q) | | | | | Angled photo of black box with cocaine and methamphetamine on floor (GINN_00795) (1B19) (1B21) |
| 51(r) | | | | | Photo of Storage Mart packet with Leslie Walker's name (GINN_00801) |
| 51(s) | | | | | Photo of black Coach purse with $627 (GINN_00805) |
| 51(t) | | | | | Photo of nightstand with guns and marijuana (GINN_00808) |
| 51(u) | | | | | Close-up photo of top of nightstand (3 guns, gold grills, cigarettes, marijuana tray, and gun holster) (GINN_00810) |
| 51(v) | | | | | Photo of nightstand with marijuana tray, bad of marijuana in drawer, etc. (GINN_00816) |
| 51(w) | | | | | Photo of shotgun in corner of bedroom (GINN_00818) (1B72) |
| 51(x) | | | | | Close-up photo of Masterpiece Arms 9mm Uzi in bag in closet (GINN_00823) (1B16) |
| 51(y) | | | | | Close-up photo of Masterpiece Arms 9mm Uzi (GINN_00824) (1B16) |
| 51(z) | | | | | Photo of AR pistol on counter (GINN_00833) (1B59) (1B60) |
| 51(aa) | | | | | Photo of bag of ammunition on kitchen floor (GINN_00845) (1B84) |
| 51(bb) | | | | | Photo of open deep freeze (GINN_00683) |
| 51(cc) | | | | | Photo of Victoria's Secret bag with money (GINN_00851) (1B170) |
| 51(dd) | | | | | Top view photo of Victoria's Secret bag with money (GINN_00852) (1B170) |
| 51(ee) | | | | | Photo of extended magazine, scale, and gas mask (GINN_00894) |
| 51(ff) | | | | | Sketch of 5501 Smart Avenue, Kansas City, MO (GINN_92074) |
| | | | | | |
| | | | | | **Springfield, MO Police Department - March 9, 2018** |
| 52 | | | | | Methamphetamine |
| 53 | | | | | Bullet proof vest |
| 54 | | | | | Money transfer receipt |
| 55 | | | | | Vehicle title |

|  |  |  |  |  | FBI – St. Louis Field Office Investigation |
|---|---|---|---|---|---|
| 56 |  |  |  |  | Adam Mainieri jail phone call on July 30, 2018, at 09:19:37 with Stephanie Thurmond and Trevor Sparks |
| 56(a) |  |  |  |  | Clip of jail phone call with Stephanie Thurmond and Trevor Sparks |
|  |  |  |  |  |  |
|  |  |  |  |  | **Search Warrant – 61 Chapman Lane, Winfield, MO – August 13, 2018** |
| 57 |  |  |  |  | Glock Model 19 9mm caliber handgun, Serial #ABZX738 ("Peanut Butter") (1B26) |
| 58 |  |  |  |  | Cobra Model FS380 .380 caliber handgun, Serial #FS099788 (1B17-STL) |
| 59 |  |  |  |  | Methamphetamine – 13.97 grams (1B68) |
| 60 |  |  |  |  | Methamphetamine – 26.95 grams (1B69-STL) |
| 61 |  |  |  |  | Methamphetamine – 455.14 grams (1B71) |
| 62 |  |  |  |  | Metropolitan Police Department, City of St. Louis, Laboratory Division, Laboratory Report dated September 13, 2018, by Christiana Hayes 6432, Criminalist II (Lab Case #: LAB-18-006532) (GINN_12623 – 12628) |
| 63 |  |  |  |  | Drug ledgers (1B6 - STL) |
| 64 |  |  |  |  | Drug ledger (1B4) |
| 65 |  |  |  |  | Drug ledger (1B13-STL) |
| 66 |  |  |  |  | Card with blood next to dentures (1B35) |
| 67 |  |  |  |  | Dentures (1B32 - STL) |
| 68 |  |  |  |  | Methamphetamine in silver bag (1B57) |
| 69(a) |  |  |  |  | Photo of front of residence (GINN_00125) |
| 69(b) |  |  |  |  | Photo of rear of residence (GINN_00127) |
| 69(c) |  |  |  |  | Photo of front of residence with large shed (GINN_00134) |
| 69(d) |  |  |  |  | Photo of entryway (GINN_00175) |
| 69(e) |  |  |  |  | Photo of living room and kitchen (GINN_00176) |
| 69(f) |  |  |  |  | Photo of kitchen and dining room (GINN_00179) |

| | | | | | |
|---|---|---|---|---|---|
| 69(g) | | | | | Photo of living room into master bedroom (GINN_00187) |
| 69(h) | | | | | Photo of master bedroom (GINN_000188) |
| 69(i) | | | | | Photo of master bedroom (GINN_00189) |
| 69(j) | | | | | Photo of entry to master bathroom (GINN_00193) |
| 69(k) | | | | | Photo of master bathroom (GINN_00194) |
| 69(l) | | | | | Photo of entry to Room E (GINN_00198) |
| 69(m) | | | | | Photo of hallway (GINN_00213) |
| 69(n) | | | | | Photo of $4,000 in pillowcase (GINN_00306) |
| 69(o) | | | | | Close-up photo of 3 drug ledgers on master bedroom dresser (GINN_00310) (1B6-STL) |
| 69(p) | | | | | Close-up photo of methamphetamine and paraphernalia in silver bag (GINN_00319) (1B57) |
| 69(q) | | | | | Photo of recovery of drug ledger from room E (GINN_000327) (1B4) |
| 69(r) | | | | | Close-up photo of $3,903 and drug ledger from white purse (GINN_00379) (1B13-STL) |
| 69(s) | | | | | Photo of recovery of Cobra FS380, .380 caliber semi-automatic pistol, S/N FS099788 (GINN_00417) |
| 69(t) | | | | | Photo of recovery of Cobra FS380 (GINN_00418) |
| 69(u) | | | | | Close-up photo of Cobra FS 380 (GINN_00420) |
| 69(v) | | | | | Photo of recovery of methamphetamine from cabinet to right of dishwasher (GINN_00447) |
| 69(w) | | | | | Close-up photo of methamphetamine from cabinet to right of dishwasher (GINN_00453) (1B68) |
| 69(x) | | | | | Close-up photo of meth from cabinet to right of dishwasher (GINN_00456) (1B69-STL) |
| 69(y) | | | | | Photo of safe behind master bathroom wall (GINN_00459) |

| | | | | | |
|---|---|---|---|---|---|
| 69(z) | | | | | Close-up photo of items arounds safe behind master bathroom wall (GINN_00462) |
| 69(aa) | | | | | Close-up photo of contents of safe behind master bathroom wall (GINN_00467) |
| 69(bb) | | | | | Close-up photo of Glock 19 9mm semi-automatic pistol, S/N ABZX738 (GINN_00469) (1B26) |
| 69(cc) | | | | | Photo of 455 grams of methamphetamine recovered from safe behind master bathroom wall (GINN_00473) (1B71) |
| 69(dd) | | | | | Photo of $4,000 recovered from safe behind master bathroom wall (GINN_00478) |
| 69(ee) | | | | | Photo of recovery of dentures and bloody card from floor (GINN_00504) |
| 69(ff) | | | | | Close-up photo of recovery of dentures and bloody card from floor (GINN_00505) |
| 69(gg) | | | | | Photo of dentures (GINN_00509) |
| 69(hh) | | | | | Photo of bloody card (GINN_00513) |
| 69(ii) | | | | | Photo of blood drops (GINN_00518) |
| 69(jj) | | | | | Far-out photograph of burn pit (GINN_00487) |
| 69(kk) | | | | | Photo of burn pit (GINN_00586) |
| 69(ll) | | | | | Photo of burn pit with evidence tags (GINN_00592) |
| 69(mm) | | | | | Photo of white cord from burn pit (GINN_00593) |
| 69(nn) | | | | | Photo of black electrical cord from burn pit (GINN_00594) |
| 69(oo) | | | | | Close-up photo of burn pit with evidence tags (GINN_00595) |
| 69(pp) | | | | | Photo of black pot from burn pit (GINN_00596) |
| 69(qq) | | | | | Photo of frying pan from burn pit (GINN_00598) |
| 69(rr) | | | | | Photo of burnt phone from burn pit (GINN_00600) |
| 69(ss) | | | | | Photo of white cord between house and burn pit (GINN_00602) |
| 69(tt) | | | | | Close-up photo of white cord between house and burn pit (GINN_00603) |

|  |  |  |  |  |  | **Lafayette County Sheriff's Office – August 6, 2018 – Burning Car Scene** |
|---|---|---|---|---|---|---|
| 70 |  |  |  |  |  | Video from of Valero gas station (Channel 21) |
| 70(a) |  |  |  |  |  | Clip of video from Valero gas station (Channel 21) – exiting EB I-70 |
| 71 |  |  |  |  |  | Video from Valero gas station (Channel 28) |
| 71(a) |  |  |  |  |  | Clip of video from Valero gas station (Channel 28) – eastbound on frontage road |
| 72 |  |  |  |  |  | Video from Valero gas station (Channel 30) |
| 72(a) |  |  |  |  |  | Clip of video from Valero gas station (Channel 30) – eastbound on frontage road |
| 72(b) |  |  |  |  |  | Clip of video from Valero gas station (Channel 30) – WB on I-70 |
| 73 |  |  |  |  |  | Red gas can (5 gallon) (Item #18-4806-1) |
| 74 |  |  |  |  |  | Gas can spout (Item #18-4806-2) |
| 75(a) |  |  |  |  |  | Photo of gas can (GINN_91822) |
| 75(b) |  |  |  |  |  | Close-up photo of gas can and spout (GINN_91823) |
| 75(c) |  |  |  |  |  | Close-up photo of spout (GINN_91824) |
| 75(d) |  |  |  |  |  | Close-up photo of gas can (GINN_91825) |
| 75(e) |  |  |  |  |  | Photo of rear of burnt Challenger (GINN_91827) |
| 75(f) |  |  |  |  |  | Photo of side of burnt Challenger (GINN_91828) |
| 75(g) |  |  |  |  |  | Sketch of Bates City, MO burn site (GINN_92075) |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Search Warrant – 777 Grover Street, Apt/Unit 119, St. James, MO – August 30, 2018** |
| 76 |  |  |  |  |  | 423.8 grams of methamphetamine (Item #T283.007) |
| 77 |  |  |  |  |  | Missouri State Highway Patrol, Crime Laboratory Division, G Lab Drug Chemistry, Certified Report dated December 18, 2018, by Robert Miller, Criminalist (Lab #: 0540936) (GINN_87428) |

| | | | | | |
|---|---|---|---|---|---|
| 78(a) | | | | | Photo of black backpack on dresser (GINN_91934) |
| 78(b) | | | | | Photo of methamphetamine in black backpack (GINN_91931) |
| 78(c) | | | | | Photo of methamphetamine from black backpack (GINN_91932) |
| 78(d) | | | | | Photo of US Currency in black backpack (GINN_91943) |
| 78(e) | | | | | Photo of US Currency in Patterson's vehicle (GINN_91947) |
| 78(f) | | | | | Photo of US Currency from Patterson's vehicle (GINN_91953) |
| | | | | | |
| | | | | | **Text to Danny Croney** |
| 79 | | | | | Text message to Danny Croney (GINN_13883) |
| | | | | | |
| | | | | | **Vicente Araujo Pursuit – Jackson County, MO – November 22, 2018** |
| 80 | | | | | Glock Model 22 .40 caliber handgun with two magazines, Serial #NBW256 (Item #26) |
| 81 | | | | | VMAC Model MAC 11 .45 caliber handgun, Serial #P14280 (Item #28) |
| 82 | | | | | Smith and Wesson Model SW40VE .40 caliber handgun, Serial #DTL2346 (Item #27) |
| 83 | | | | | Beretta Model 92S Caliber 9 handgun, Serial #U22039Z (Item #30) |
| 84 | | | | | Glock Model 19 9mm caliber handgun, Serial #BAZK342 (Item #12) |
| 85 | | | | | Wise Arms LLC Model AR15 .223 caliber pistol, Serial #11969 (Item #31) |
| 86 | | | | | Kitrics Scale ("Big Scale") (Item #13) |
| 87 | | | | | Wallet (black) containing Vicente Araujo's Missouri Driver License (Item #6) |
| 88 | | | | | 141 grams white crystal substance (Item #29) |
| 89 | | | | | $4,450 U.S. Currency with rubber bands (Item #8) |
| 90 | | | | | $335 U.S. Currency (Item #9) |
| 91 | | | | | Drug ledger notebooks (Item #11) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **KCPD arrest of Gerald Ginnings by PO Johns – June 28, 2018** |
| 92 | | | | | 47.02 grams crystal-like substance and small red baggies with residue (Items #1 and #2) |
| | | | | | |
| | | | | | **Drug Buy – 5501 Smart Avenue, Kansas City, MO – September 13, 2018** |
| 93 | | | | | 25.98 grams of methamphetamine (Item #1) – Tag #180017161 |
| | | | | | |
| | | | | | **Drug Buy – 5501 Smart Avenue, Kansas City, MO – September 20, 2018** |
| 94 | | | | | 24.18 grams of methamphetamine (Item #1) – Tag #180017610 |
| | | | | | |
| | | | | | **Miscellaneous Exhibits** |
| 95 | | | | | Firearm and ammunition Nexus reports from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), regarding various firearms recovered in this investigation. (GINN_87846 – 87848) |
| 96 | | | | | |
| 97 | | | | | |
| 98 | | | | | |
| 99 | | | | | |
| 100 | | | | | |
| 101 | | | | | |
| 102 | | | | | |
| 103 | | | | | |
| 104 | | | | | |
| 105 | | | | | |
| 106 | | | | | |
| 107 | | | | | |
| 108 | | | | | |
| 109 | | | | | |
| 110 | | | | | |
| 111 | | | | | |
| 112 | | | | | |
| 113 | | | | | |
| 114 | | | | | |
| 115 | | | | | |