IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cr-00293-DGK |
| ) | |
| TREVOR SPARKS, ) | |
| ) | |
| Defendant, ) | |

**<u>DEFENDANT'S PROPOSED LIST OF EXHIBITS FOR TRIAL</u>**

Comes now the Defendant, by and through undersigned counsel, and respectfully submits the following attached list of exhibits, which the Defendant may offer at trial commencing Tuesday, November 1, 2022, before the Honorable District Judge David Greg Kays.

Respectfully submitted,

<u>/s/ F.A. "Al" White, Jr.</u>
F.A. White, Jr., MO 22565
7924 N. Cherry, St.
Kansas City, MO 64118
816-454-5300
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was electronically filed with the Court this 31st day of October, 2022.

/s/ F.A. "Al" White, Jr.
F.A. White, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
WESTERN DISTRICT

UNITED STATES OF AMERICA, )
)
                   Plaintiff, )
)
vs. ) Case No. 4:18-cr-00293-DGK
)
TREVOR SPARKS, )
)
                   Defendant, )

## EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB = admitted, de bene | NO | = marked, but not offered |
| | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D-500 | | | | Blank *Kastigar* letter form |
| D-501 | | | | Plea Agreement - Vicente Araujo |
| D-502 | | | | Plea Agreement - Tina Bailey |
| D-503 | | | | Plea Agreement - Angeliqua Collins |
| D-504 | | | | Plea Agreement - Derek Freese |
| D-505 | | | | Plea Agreement - Mark Hildebrand |
| D-506 | | | | Plea Agreement - Gloria Jones |
| D-507 | | | | Plea Agreement - Paul Kibodeaux |
| D-508 | | | | Plea Agreement - Bobbie King |
| D-509 | | | | Plea Agreement - Joshua Laws. |
| D-510 | | | | Plea Agreement - Adam Mainieri |
| D-511 | | | | Plea Agreement - Kenneth McClure |
| D-512 | | | | Plea Agreement - Marion McCrorey |
| D-513 | | | | Plea Agreement - Patricia Nelson |
| D-514 | | | | Plea Agreement - Chris Parton |

| | | | | |
|---|---|---|---|---|
| D-515 | | | | Plea Agreement - David Richards |
| D-516 | | | | Plea Agreement - Chris Rogan |
| D-517 | | | | Plea Agreement - Leeannna Schroeder |
| D-518 | | | | Plea Agreement - Stephanie Thurmond |
| D-519 | | | | Plea Agreement - Leslie Walker |
| D-520 | | | | Plea Agreement - Amanda Watson |
| D-521 | | | | Plea Agreement - Harry Watson |
| D-522 | | | | Plea Agreement - Carl Williams |
| D-523 | | | | Plea Agreement - Martin Williams |
| D-524 | | | | Plea Agreement - Michael Zieger |
| D-525 | | | | Transcript – Sparks' Detention Hearing (12/21/18) |
| D-526 | | | | Transcript – Sparks' Suppression Hearing (9/18/19) |
| D-527 | | | | Transcript – Grand Jury Testimony of Det. Waterworth (10/23/18) |
| D-528 | | | | Transcript – Grand Jury Testimony of SA McCormick (6/4/19) |
| D-529 | | | | Transcript – Grand Jury Testimony of SA McCormick (7/21/21) |
| D-530 | | | | Transcript – Grand Jury Testimony of Det. Horalek (12/12/18) |
| D-531 | | | | Transcript – Grand Jury Testimony of SA Judy (2/23/21) |
| D-532 | | | | Proffer – REDACTED (10/12/21) |
| D-533 | | | | Email RE Chris Hansen witness tampering (3/23/22) |
| D-534 | | | | Chris Hansen handwritten letter |
| D-535 | | | | Walker drug ledgers |
| D-536 | | | | Search Warrant Affidavit – 5501 Smart Ave (12/18/18) |
| D-537 | | | | |
| D-538 | | | | |
| D-539 | | | | |
| D-540 | | | | |
| D-541 | | | | |
| D-542 | | | | |
| D-543 | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____
Name

_____
Signature