IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-02-CR-W-DGK |
| ) | Date: November 1, 2022 |
| ) | |
| TREVOR SCOTT SPARKS, ) | |
| ) | |
| Defendant. ) | |

MINUTES OF TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
========================================================================

Nature of Proceeding: Criminal Jury Trial - Day 1
Time Commenced: 7:59 a.m.     Time Terminated: 4:39 p.m.

**Plaintiff by**:                      **Defendant(s) by:**
Bruce Rhoades, AUSA                Al White
Robert Smith, AUSA                 Blade Moore

| Remarks: | Witness Testifying |
|---|---|
| 7:59 a.m. Pretrial conference held. 8:36 a.m. Break. 9:09 a.m. In session. Jury panel seated and sworn. Voir dire begun. 10:04 a.m. Break. 10:23 a.m. In session. Voir dire continued. 12:00 p.m. Panel excused from courtroom. Individual jurors questioned. 12:16 p.m. Strikes for cause made. 12:32 p.m. Peremptory strikes made. 1:07 p.m. Jury seated. Fourteen jurors selected. Remainder excused. 1:10 p.m. Lunch break. 2:12 p.m. Juror number 7 excused. 2:15 p.m. In session. Jury seated and sworn. Opening jury instructions read. 2:33 p.m. Government's opening statement. 2:38 p.m. Defendant's opening statement. 2:46 p.m. Government begins case-in-chief. Ellen Judy – Direct. 3:30 p.m. Break. 3:48 p.m. In session. Direct continued. 4:26 p.m. Cross. 4:35 p.m. Redirect. 4:36 p.m. Recross. 4:39 p.m. Evening Recess. | Ellen Judy 2:46 – 4:36 p.m. |

Date/Time Government Rested: _____     Date/Time Defendant Rested: _____

Court Reporter: Annisa Justice              Courtroom Deputy: Tracy Strodtman