IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 18-00293-02-CR-W-DGK |
| v. | ) Date: November 2, 2022 |
| TREVOR SCOTT SPARKS, | ) |
| Defendant. | ) |

MINUTES OF TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
======================================================================

Nature of Proceeding: Criminal Jury Trial - Day 2
Time Commenced: 8:31 a.m.     Time Terminated: 5:02 p.m.

**Plaintiff by**:              **Defendants by:**
Bruce Rhoades, AUSA            Al White
Robert Smith, AUSA             Blade Moore

| Remarks: | Witness Testifying |
|---|---|
| 8:31 a.m. Preliminary matters taken up with counsel and defendant outside the presence of the jury. 8:59 a.m. In session. David Smith - Direct. 9:17 a.m. Cross. 9:29 a.m. Redirect. 9:35 a.m. David Richards - Direct. 10:04 a.m. Cross. 10:25 a.m. Break. 10:45 a.m. In session. Cross continued. 10:52 a.m. Leslie Walker – Direct. 12:00 p.m. Lunch recess. 12:59 p.m. In session. Direct continued. 1:09 p.m. Cross. 1:29 p.m. Redirect. 1:37 p.m. Recross. 1:39 p.m. David Chronister – Direct. 1:46 p.m. Cross. 1:49 p.m. Nick York – Direct. 2:00 p.m. Cross. 2:06 p.m. Redirect. 2:07 p.m. Katee Garcia – Direct. 2:25 p.m. Break. 2:44p.m. In session. Direct continued. 3:00 p.m. Russell McGinnis – Direct. 3:36 p.m. Cross. 3:45 p.m. Redirect. 3:48 p.m. Recross. 3:48 p.m. Break. 4:07 p.m. In session. Marion Doug McCrorey. 4:23 p.m. Cross. 4:30 p.m. Benjamin Puleo – Direct. 4:45 p.m. Michelle Rogers – Direct. 4:54 p.m. Cross. 5:00 p.m. Jury evening recess. 5:02 p.m. Evening recess. | David Smith<br>9:02 – 9:31 a.m.<br><br>David Richards<br>9:35 – 10:48 a.m.<br><br>Leslie Walker<br>10:52 – 1:37 p.m.<br><br>David Chronister<br>1:39 – 148 p.m.<br><br>Nick York<br>1:49 – 2:06 p.m.<br><br>Katee Garcia<br>2:07 – 2:57 p.m.<br><br>Russell McGinnis<br>3:00 – 3:48 p.m.<br><br>Marion McCrorey<br>4:07 – 4:30 p.m.<br><br>Benjamin Puleo<br>4:30 – 4:44 p.m.<br><br>Michelle Rogers<br>4:45 – 5:00 p.m. |

Date/Time Government Rested: _____     Date/Time Defendant Rested: _____
Court Reporter: Annisa Justice                                          Courtroom Deputy: Tracy Strodtman