IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 18-00293-02-CR-W-DGK |
| ) | |
| v. ) | Date: November 3, 2022 |
| ) | |
| TREVOR SCOTT SPARKS, ) | |
| ) | |
| Defendant. ) | |

MINUTES OF TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
=====================================================================

Nature of Proceeding: Criminal Jury Trial - Day 3
Time Commenced: 8:30 a.m.      Time Terminated: 5:05 p.m.

**Plaintiff by**:                    **Defendants by:**
Bruce Rhoades, AUSA              Al White
Robert Smith, AUSA               Blade Moore

| Remarks: | Witness Testifying |
|---|---|
| 8:30 a.m. Preliminary matters taken up with counsel and defendant outside the presence of the jury. 8:32 a.m. Break. 9:01 a.m. In session. Michael Zeiger – Direct. 9:38 a.m. Cross. 9:57 a.m. Jessica Getty – Direct. 10:15 a.m. Cross. 10:21 a.m. Robert Ontman – Direct. 10:31 a.m. Cross. 10:37 a.m. Break. 10:59 a.m. Ashley Vasquez – Direct. 10:59 a.m. In session. Ashley Vasquez – Direct. 11:05 a.m. Cross. 11:09 a.m. Trenton Johns – Direct. 11:13 a.m. Cross. 11:18 a.m. Direct – Patricia Nelson. 11:33 a.m. Cross. 11:47 a.m. Redirect. 11:48 a.m. Recross. 11:50 a.m. Lunch recess. 1:01 p.m. In session. Bobbie King – Direct. 1:16 p.m. Cross. 1:27 p.m. Redirect. 1:31 p.m. Recross. 1:37 p.m. Christopher Parton – Direct. 1:39 p.m. Break. 1:57 p.m. Jennifer Wesson – Direct. 2:04 p.m. Cross. 2:16 p.m. Stephanie Thurmond – Direct. 3:17 p.m. Break. 3:35 p.m. In session. Cross. 3:45 p.m. Redirect. 3:50 p.m. Adam Mainieri – Direct. 4:21 p.m. Cross. 4:34 p.m. Redirect. 4:35 p.m. Recross. 4:40 p.m. Kenneth McClure -Direct. 4:57 p.m. Cross. 5:05 p.m. Evening recess. | Michael Zeiger 9:01 – 9:56 a.m. <br><br> Jessica Getty 9:57 – 10:20 a.m. <br><br> Robert Ontman 10:21 – 10:36 a.m. <br><br> Ashley Vasquez 10:59 – 11:08 a.m. <br><br> Trenton Johns 11:09 – 11:13 a.m. <br><br> Patricia Nelson 11:18 – 11:49 a.m. <br><br> Bobbie King 1:01 – 1:32 p.m. <br><br> Christopher Parton 1:37 – 1:38 p.m. <br><br> Jennifer Wesson 1:57 – 2:12 p.m. <br><br> Stephanie Thurmond 2:16 – 3:47 p.m. <br><br> Adam Mainieri 3:50 – 4:35 p.m. <br><br> Kenneth McClure 4:40 – 5:04 p.m. |

Date/Time Government Rested: _____     Date/Time Defendant Rested: _____
Court Reporter: Jo Ann Bryce         Courtroom Deputy: Tracy Strodtman