IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 18-00293-02-CR-W-DGK |
| v. | ) Date: November 4, 2022 |
| TREVOR SCOTT SPARKS, | ) |
| Defendant. | ) |

MINUTES OF TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
==========================================================================

Nature of Proceeding: Criminal Jury Trial - Day 4
Time Commenced: 8:30 a.m.     Time Terminated: 4:51 p.m.

**Plaintiff by**:  
Bruce Rhoades, AUSA  
Robert Smith, AUSA  

**Defendants by:**  
Al White  
Blade Moore  

| Remarks: | Witness Testifying |
|---|---|
| 8:30 a.m. Preliminary matters taken up with counsel and defendant outside the presence of the jury.  8:33 a.m. Break. 9:05 a.m. In session.  Laura Smith – Direct. 9:16 a.m. Gloria May Jones – Direct.  10:22 a.m. Break.  10:41 a.m. In session. Cross.  11:00 a.m. Redirect.  11:07 a.m. Recross.  11:08 a.m. Adam Mallory – Direct. 11:30 a.m. Shari Taylor – Direct.  11:40 a.m. Ryan Cornelius – Direct.  11:57 a.m. Lunch recess. 1:01 p.m. In session. Direct continued.  1:33 p.m. Redirect.  1:35 p.m. Michael Manley – Direct.  1:38 p.m. Shane Pierce – Direct.  1:45 p.m. Cross.  1:49 a.m. Cory Horalek – Direct.  2:18 p.m. Cross.  2:35 p.m. Redirect.  2:37 p.m. Recross. 2:39 p.m. Break.  3:04 p.m. In session. Vicente Araujo – Direct.  3:46 p.m. Cross. 3:59 p.m. Redirect.  4:02 p.m. Daniel Croney – Direct.  4:07 p.m. Cross.  4:08 p.m. Trisha McCormick – Direct.  4:23 p.m. Cross.  4:27 p.m. Stipulation read into the record.  4:30 p.m. Break.  4:40 p.m. Defendant is sworn and questioned by the Court regarding his right to testify. Defendant waives his right. The Court finds the waiver is knowledgeably and voluntarily entered by Defendant.  4:45 p.m. Jury Instruction Number 9 is read into the record.  4:46 p.m. Jury seated and advised that the parties have rested.  4:46 p.m. Government rests.  4:46 p.m. Defendant rests.  4:48 p.m. Jury excused for evening recess and instructed to return 11/7/22 at 10:00 a.m.  4:51 p.m. Evening recess. | Laura Smith 9:05 – 9:14 a.m.<br><br>Gloria May Jones 9:16 - 11:07 a.m.<br><br>Adam Mallory 11:08 – 11:20 a.m.<br><br>Raymond Sessions 11:20 – 11:29 a.m.<br><br>Shari Taylor 11:30 – 11:39 a.m.<br><br>Ryan Cornelius 11:40 – 1:33 p.m.<br><br>Michael Manley 1:35 – 1:38 p.m.<br><br>Shane Pierce 1:38 – 1:49 p.m.<br><br>Cory Horalek 1:49 – 2:39 p.m.<br><br>Vicente Araujo 3:04 – 4:03 p.m.<br><br>Daniel Croney 4:02 – 4:08 p.m.<br><br>Trisha McCormick 4:08 – 4:25 p.m. |

Date/Time Government Rested:   11/4/22, 4:46 p.m.  Date/Time Defendant Rested:   11/4/22, 4:46 p.m.
Court Reporter: Annisa Justice                    Courtroom Deputy: Tracy Strodtman

Case 4:18-cr-00293-DGK   Document 731   Filed 11/04/22   Page 1 of 1