IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-00293-02-CR-W-DGK |
| | ) | |
| v. | ) | Date: November 7, 2022 |
| | ) | |
| TREVOR SCOTT SPARKS, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTES OF TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
========================================================================

Nature of Proceeding:  Criminal Jury Trial - Day 5
Time Commenced: 8:29 a.m.          Time Terminated: 1:52 p.m.

**Plaintiff by**:                      **Defendants by:**
Bruce Rhoades, AUSA                Al White
Robert Smith, AUSA                 Blade Moore

| Remarks: | Witness Testifying |
|---|---|
| 8:29 a.m. Preliminary matters taken up with counsel and defendant outside the presence of the jury.  9:02 a.m. Jury instruction conference held.  9:15 a.m. Break.  10:01 a.m. In session. Jury instructions read.  10:44 a.m. Government's closing statement.  11:01 a.m. Defendant's closing statement.  11:22 a.m. Government's rebuttal closing statement.  11:29 a.m. Jury retires to the jury room to begin deliberations.  11:31 a.m. Alternate released. Defendant questioned regarding satisfaction with counsel.  12:05 p.m. Jury lunch recess.  1:12 p.m. Jury resumes deliberations.  1:41 p.m. Jury returns to the courtroom.  Foreperson advises they have a verdict. Guilty, Counts 2, 3, 4, and 5. Jury polled. Verdict is accepted and defendant is adjudged guilty. Jury released from duty.  1:51 p.m. PSI ordered. Defendant remanded to custody of the U.S. Marshals. | |

Date/Time Government Rested:  _11/4/22  4:46 p.m._        Date/Time Defendant Rested:  _11/4/22  4:46 p.m._
Court Reporter: Annisa Justice                                          Courtroom Deputy: Tracy Strodtman