IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TREVOR SCOTT SPARKS,

        Defendant.

Case No. 18-00293-02-CR-W-DGK

## VERDICT FORM 1

We, the jury, find Defendant Trevor Scott Sparks __guilty__ of the crime of
(guilty – not guilty)*
conspiracy to commit money laundering, as charged in Count Two.

_____ Kevin Sahuson
FOREPERSON

DATE: 11/7/22 KS

*If you are unable to reach a unanimous decision on the above charge, leave the space blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-00293-02-CR-W-DGK |
| TREVOR SCOTT SPARKS, | |
| Defendant. | |

**VERDICT FORM 2**

We, the jury, find Defendant Trevor Scott Sparks ___Guilty___ of the crime of
(guilty – not guilty)*
conspiracy to distribute 500 grams or more of methamphetamine, as charged in Count Three.

_____  Kevin Johnson_____
FOREPERSON

DATE: 11/7/22

*If you are unable to reach a unanimous decision on the above charge, leave the space blank.

31

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREVOR SCOTT SPARKS,

    Defendant.

Case No. 18-00293-02-CR-W-DGK

## VERDICT FORM 3

We, the jury, find Defendant Trevor Scott Sparks __guilty__ of the crime of
*(guilty – not guilty)\**

possession of a firearm in furtherance of a drug trafficking offense as charged in Count Four.

If you find Defendant "guilty," you must answer the following:

Which of the following firearms did the defendant possess?

    ✓ Cobra FS380 .380 caliber semi-automatic pistol (Serial# FS0999788); and/or

    ✓ tan in color ("peanut butter") Glock 19 9mm semi-automatic pistol (Serial# ABZZX738); and/or

    ✓ 20 ga. Firearm, make and model obliterated (Serial# H380221); and/or

    ✓ Glock 19 9mm semi-automatic handgun (Serial# ACHY981); and/or

    ✓ Glock 22 .40 caliber semi-automatic handgun (Serial# MHAK692); and/or

    ✓ IO Inc. Inter Ordinance multi-caliber pistol (Serial# SDW-00160); and/or

    ✓ Taurus 9mm (Serial# THP36424); and/or

    ✓ Glock 20 10mm semi-automatic handgun (Serial# BDDK234); and/or

    ✓ Zastava Pap 7.62 caliber rifle (Serial# M92PV029294); and/or

32

    ✓    Stag Arms model STAG-15, semi-automatic AR15 pistol (Serial# 64773); and/or

_____ American Tactical Imports model OMNI HYBRID, multi-caliber AR 15 rifle (Serial# N5167731); and/or

    ✓    Century Arms International Model M85NP 7.62x39 semiautomatic handgun (Serial# M85-NP009591); and/or

    ✓    Winchester 1200 12 ga. shotgun (Serial# 3815); and/or

    ✓    Maverick 88 by Mossberg 12 ga. shotgun (Serial# MV0105656); and/or

    ✓    Taurus PT111G2 9mm semi-automatic pistol (Serial# TKN19799); and/or

    ✓    Glock 22 .40 caliber semi-automatic pistol (Serial# RMX867); and/or

    ✓    Smith and Wesson SD40VE, .40 caliber semi-automatic pistol (Serial# HEY3705); and/or

    ✓    Ruger EC9S 9mm semi-automatic pistol (Serial# 455-03954); and/or

    ✓    Taurus model PT111G2 9mm semi-automatic pistol (Serial# TLS49750); and/or

    ✓    Mossberg model 500 model 12 ga. shotgun (Serial# U117427); and/or

    ✓    Smith and Wesson SD9BE 9mm semi-automatic pistol (Serial# HEB0953); and/or

    ✓    Masterpiece Arms 9mm semi-automatic pistol (Serial# F15965); and/or

    ✓    Smith and Wesson SW 40 VE .40 caliber semiautomatic handgun (Serial# DMV7530); and/or

*signature*    Kevin Johnson
FOREPERSON

DATE: 11/7/22

*If you are unable to reach a unanimous decision on the above charge, leave the space blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREVOR SCOTT SPARKS,

    Defendant.

Case No. 18-00293-02-CR-W-DGK

## VERDICT FORM 4

We, the jury, find Defendant Trevor Scott Sparks **guilty** of the crime of felon
*(guilty – not guilty)*\*

in possession of firearms as charged in Count Five.

    If you find Defendant "guilty," you must answer the following:

Which of the following firearms did Defendant possess?

    __✓__ Cobra FS380 .380 caliber semi-automatic pistol (Serial# FS0999788); and/or

    __✓__ tan in color ("peanut butter") Glock 19 9mm semi-automatic pistol (Serial# ABZZX738); and/or

    __✓__ 20 ga. Firearm, make and model obliterated (Serial# H380221); and/or

    __✓__ Glock 19 9mm semi-automatic handgun (Serial# ACHY981); and/or

    __✓__ Glock 22 .40 caliber semi-automatic handgun (Serial# MHAK692); and/or

    __✓__ IO Inc. Inter Ordinance multi-caliber pistol (Serial# SDW-00160); and/or

    __✓__ Taurus 9mm (Serial# THP36424); and/or

    __✓__ Glock 20 10mm semi-automatic handgun (Serial# BDDK234); and/or

    __✓__ Zastava Pap 7.62 caliber rifle (Serial# M92PV029294); and/or

_____ ✓ Stag Arms model STAG-15, semi-automatic AR15 pistol (Serial# 64773); and/or

_____ American Tactical Imports model OMNI HYBRID, multi-caliber AR 15 rifle (Serial# N5167731); and/or

_____ ✓ Century Arms International Model M85NP 7.62x39 semiautomatic handgun (Serial# M85-NP009591); and/or

_____ ✓ Winchester 1200 12 ga. shotgun (Serial# 3815); and/or

_____ ✓ Maverick 88 by Mossberg 12 ga. shotgun (Serial# MV0105656); and/or

_____ ✓ Taurus PT111G2 9mm semi-automatic pistol (Serial# TKN19799); and/or

_____ ✓ Glock 22 .40 caliber semi-automatic pistol (Serial# RMX867); and/or

_____ ✓ Smith and Wesson SD40VE, .40 caliber semi-automatic pistol (Serial# HEY3705); and/or

_____ ✓ Ruger EC9S 9mm semi-automatic pistol (Serial# 455-03954); and/or

_____ ✓ Taurus model PT111G2 9mm semi-automatic pistol (Serial# TLS49750); and/or

_____ ✓ Mossberg model 500 model 12 ga. shotgun (Serial# U117427); and/or

_____ ✓ Smith and Wesson SD9BE 9mm semi-automatic pistol (Serial# HEB0953); and/or

_____ ✓ Masterpiece Arms 9mm semi-automatic pistol (Serial# F15965); and/or

_____ ✓ Smith and Wesson SW 40 VE .40 caliber semiautomatic handgun (Serial# DMV7530); and/or

_____ Kevin Johnson
FOREPERSON

DATE: 11/7/22

*If you are unable to reach a unanimous decision on the above charge, leave the space blank.