| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 18-00293-02-CR-W-DGK |
| TREVOR SCOTT SPARKS, (02), | |
| Defendants. | |

## GOVERNMENT'S EXHIBITS FOR TRIAL

| | | |
|---|---|---|
| ✓ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | **Search Warrant – 5501 Smart Avenue, Kansas City, MO – December 18, 2018** |
| 1 | ✓ | 11/1/22 | 4:06 | 878.1 grams of cocaine from black box (1B19) |
| 2 | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated February 3, 2021, by Fredericka M. Laux, Senior Forensic Chemist (GINN_92063) |
| 3 | ✓ | 11/1/22 | 4:06 | Bag of scales (1B6-KC) |
| 4 | ✓ | 11/1/22 | 4:06 | Methamphetamine (1B9) |

Page 1

| | | | | |
|---|---|---|---|---|
| 5 | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated August 2, 2019, by Heather M. Miller, Senior Forensic Chemist (GINN_92043) |
| 6 | ✓ | 11/1/22 | 4:06 | Marijuana (1B24) |
| 7 | ✓ | 11/1/22 | 4:06 | Methamphetamine from black box (1B21) |
| 8 | N.O. | 11/1/22 | 3:19 | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated November 26, 2019, by Heather M. Miller, Senior Forensic Chemist (GINN_92051) |
| 9 | ✓ | 11/1/22 | 4:06 | Marijuana (1B36) |
| 10 | ✓ | 11/1/22 | 4:06 | Scale (1B44) |
| 11 | ✓ | 11/1/22 | 4:06 | Cocaine (1B56) |
| 12 | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated February 3, 2021, by Fredericka M. Laux, Senior Forensic Chemist (GINN_92063) |
| 13 | ✓ | 11/1/22 | 4:06 | Marijuana (1B58) |
| 14 | ✓ | 11/1/22 | 4:06 | Cocaine (1B67) |
| 15 | | | | U.S. Department of Justice, Drug Enforcement Administration North Central Laboratory report dated July 23, 2019, by Sara M. Manney, Forensic Chemist (GINN_92047) |
| 16 | ✓ | 11/1/22 | 4:06 | Packages with trace marijuana (1B167) |
| 17 | ✓ | 11/1/22 | 4:23 | Bag of ammo, magazines, etc. (1B84) |
| 18 | ✓ | | | Plano box containing live rounds (1B13-KC) |
| 19 | ✓ | | | Glock Model 22 .40 caliber handgun, Serial #BHAK692 (1B22) |
| 20 | ✓ | | | 50 round drum magazine (1B23) |
| 21 | ✓ | | | Shadow 15 AR pistol, Serial #SDW00160 (1B59) |
| 22 | ✓ | | | Drum magazine (1B60) |
| 23 | ✓ | | | Drum magazine (9mm) (1B77) |
| 24 | ✓ | | | Black extended 9mm magazine (1B45) |
| 25 | ✓ | | | 9mm magazine and .223 drum magazine (1B75) |

Page 2

Case 4:18-cr-00293-DGK   Document 722   Filed 10/31/22   Page 4 of 13
Case 4:18-cr-00293-DGK   Document 734   Filed 11/09/22   Page 2 of 11

| # | Check | Date | Time | | Description |
|---|---|---|---|---|---|
| 26 | ✓ | 11/1/22 | 4:23 | | Taurus Model 247G2 9mm caliber handgun with magazine and ammo, no round in chamber, Serial #THP36424 (1B61) |
| 27 | ✓ | | | | Smith and Wesson Model SW40VE .40 caliber handgun with magazine and round in chamber, Serial #DWV7530 (1B32 - KC) |
| 28 | ✓ | | | | Taurus Model G2C 9mm handgun loaded with round in chamber, Serial #TLS49750 (1B38) |
| 29 | ✓ | | | | Smith and Wesson Model SD40VE .40 caliber handgun loaded with round in chamber, Serial #HEY3705 (1B63) |
| 30 | ✓ | | | | Ruger Model EC9S 9mm handgun loaded with round in chamber, Serial #45503954 (1B52) |
| 31 | ✓ | | | | Glock Model 22 .40 caliber handgun loaded with round in chamber, Serial #RMX867 (1B65) |
| 32 | ✓ | | | | Taurus Model PT111G2 9mm handgun loaded with round in chamber, Serial #TKN19799 (1B69-KC) |
| 33 | ✓ | | | | Smith and Wesson Model SD9BE 9mm caliber handgun loaded with round in chamber, Serial #HEB0953 (1B17-KC) |
| 34 | ✓ | | | | Mossberg Model 500 12 gauge shotgun loaded with round in chamber, Serial #U117427 (1B30) |
| 35 | ✓ | | | | 20 spent rounds from basement (1B86) |
| 36 | ✓ | | | | 100 spent rounds from basement (1B87) |
| 37 | ✓ | | | | Masterpiece Arms 9mm Uzi, Serial #F15965 (1B16) |
| 38 | ✓ | | | | Glock Model 20 10mm caliber handgun with magazine, Serial #BDDK234 (1B70) |
| 39 | ✓ | | | | Glock Model 19 9mm caliber handgun, Serial #ACHY981 (1B12) |
| 40 | ✓ | | | | Maverick Model 88 12 gauge shotgun, Serial #MV0105656 (1B72) |
| 41 | ✓ | | | | Stag Arms Model AR15 .223 caliber semi-automatic rifle, Serial #64773 (1B81) |
| 42 | ✓ | | | | Cai Model PAP M85NP 5.56 x 45mm caliber AK pistol, Serial #M85-NP009591 (1B79) |

Page 3

| # | ✓ | Date | Time | Description |
|---|---|---|---|---|
| 43 | ✓ | 11/1/22 | 4:23 | American Tactical Model Omni Hybrid Multi-Cal .223/5.56 caliber semi-automatic pistol, Serial #NS167731 (1B80) |
| 44 | ✓ | | | Winchester Model 1200 12 gauge shotgun, Serial #3815 (defaced) (1B73) |
| 45 | ✓ | | | Cai Model PAP M92PV 7.62 x 39mm caliber AK pistol, Serial #M92PV029294 (1B76) |
| 46 | ✓ | | | Westerfield Model 550CD 20 gauge shotgun, Serial #H380221 (1B83) |
| 47 | ✓ | 11/1/22 | 4:26 | Drug ledger (1B43) |
| 48 | ✓ | | | Green bag (had money in it) (1B169) |
| 49 | ✓ | | | Purple notebook (drug ledgers) (1B7) |
| 50 | ✓ | | | Black bag (had money in it) (1B170) |
| 51(a) | ✓ | 11/1/22 | 3:56 | Photo of outside of house (GINN_00659) |
| 51(b) | ✓ | | | Photo of backyard of house with cars (GINN_00667) |
| 51(c) | ✓ | | | Photo of entryway (GINN_00672) |
| 51(d) | ✓ | | | Photo of front entrance view (GINN_00673) |
| 51(e) | ✓ | | | Photo of front entrance view into room (GINN_00674) |
| 51(f) | ✓ | | | Photo of back room (GINN_00702) |
| 51(g) | ✓ | | | Photo of stairs to basement with bullet holes (GINN_00734) |
| 51(h) | ✓ | | | Photo of box of scales and phones (GINN_00761) (1B6-KC) |
| 51(i) | ✓ | | | Photo of drug ledger (purple notebook and paper) (GINN_00776) (1B7) |
| 51(j) | ✓ | | | Photo of Plano box (GINN_00778) (1B13-KC) |
| 51(k) | ✓ | | | Photo of dresser in bedroom with Glock and money on dresser (GINN_00781) (1B169) |
| 51(l) | ✓ | | | Close-up photo of gray colored Glock (GINN_00783) (1B12) |
| 51(m) | ✓ | | | Photo of green bag with money (GINN_00787) (1B169) |
| 51(n) | ✓ | | | Close-up photo of green bag with money (GINN_00789) (1B169) |
| 51(o) | ✓ | | | Photo of drug ledger (next to green bag) (GINN_00790) (1B43) |

Page 4

| | | | | | |
|---|---|---|---|---|---|
| 51(p) | ✓ | 11/1/22 | 3:56 | | Photo of black box with cocaine and methamphetamine on floor (GINN_00794) (1B19) (1B21) |
| 51(q) | ✓ | | | | Angled photo of black box with cocaine and methamphetamine on floor (GINN_00795) (1B19) (1B21) |
| 51(r) | ✓ | | | | Photo of Storage Mart packet with Leslie Walker's name (GINN_00801) |
| 51(s) | ✓ | | | | Photo of black Coach purse with $627 (GINN_00805) |
| 51(t) | ✓ | | | | Photo of nightstand with guns and marijuana (GINN_00808) |
| 51(u) | ✓ | | | | Close-up photo of top of nightstand (3 guns, gold grills, cigarettes, marijuana tray, and gun holster) (GINN_00810) |
| 51(v) | ✓ | | | | Photo of nightstand with marijuana tray, bad of marijuana in drawer, etc. (GINN_00816) |
| 51(w) | ✓ | | | | Photo of shotgun in corner of bedroom (GINN_00818) (1B72) |
| 51(x) | ✓ | | | | Close-up photo of Masterpiece Arms 9mm Uzi in bag in closet (GINN_00823) (1B16) |
| 51(y) | ✓ | | | | Close-up photo of Masterpiece Arms 9mm Uzi (GINN_00824) (1B16) |
| 51(z) | ✓ | | | | Photo of AR pistol on counter (GINN_00833) (1B59) (1B60) |
| 51(aa) | ✓ | | | | Photo of bag of ammunition on kitchen floor (GINN_00845) (1B84) |
| 51(bb) | ✓ | | | | Photo of open deep freeze (GINN_00683) |
| 51(cc) | ✓ | | | | Photo of Victoria's Secret bag with money (GINN_00851) (1B170) |
| 51(dd) | ✓ | | | | Top view photo of Victoria's Secret bag with money (GINN_00852) (1B170) |
| 51(ee) | ✓ | | | | Photo of extended magazine, scale, and gas mask (GINN_00894) |
| 51(ff) | ✓ | | | | Sketch of 5501 Smart Avenue, Kansas City, MO (GINN_92074) |
| 51(gg) | ✓ | | | | |
| | | | | | **Springfield, MO Police Department - March 9, 2018** |
| 52 | ✓ | 11/2/22 | 1:59 | | Methamphetamine |
| 53 | ✓ | | | | Bullet proof vest |
| 54 | ✓ | | | | Money transfer receipt |
| 55 | ✓ | | | | Vehicle title |

Page 5

|  |  |  |  | **FBI – St. Louis Field Office Investigation** |
|---|---|---|---|---|
| 56 | ✓ | 11/3/22 | 4:09 | Adam Mainieri jail phone call on July 30, 2018, at 09:19:37 with Stephanie Thurmond and Trevor Sparks |
| 56(a) | ✓ | 11/3/22 | 4:09 | Clip of jail phone call with Stephanie Thurmond and Trevor Sparks |
|  |  |  |  | **Search Warrant – 61 Chapman Lane, Winfield, MO – August 13, 2018** |
| 57 | ✓ | 11/4/22 | 1:12 | Glock Model 19 9mm caliber handgun, Serial #ABZX738 ("Peanut Butter") (1B26) |
| 58 | ✓ | 11/4/22 | 1:08 | Cobra Model FS380 .380 caliber handgun, Serial #FS099788 (1B17-STL) |
| 59 | ✓ | 11/4/22 | 1:12 | Methamphetamine – 13.97 grams (1B68) |
| 60 | ✓ | 11/4/22 | 1:12 | Methamphetamine – 26.95 grams (1B69-STL) |
| 61 | ✓ | 11/4/22 | 1:16 | Methamphetamine – 455.14 grams (1B71) |
| 62 |  |  |  | Metropolitan Police Department, City of St. Louis, Laboratory Division, Laboratory Report dated September 13, 2018, by Christiana Hayes 6432, Criminalist II (Lab Case #: LAB-18-006532) (GINN_12623 – 12628) |
| 63 | ✓ | 11/4/22 | 11:57 | Drug ledgers (1B6 - STL) |
| 64 | ✓ | 11/4/22 | 1:04 | Drug ledger (1B4) |
| 65 | ✓ | 11/4/22 | 1:05 | Drug ledger (1B13-STL) |
| 66 | ✓ | 11/4/22 | 1:10 | Card with blood next to dentures (1B35) |
| 67 | ✓ | 11/4/22 | 1:19 | Dentures (1B32 - STL) |
| 68 |  |  |  | Methamphetamine in silver bag (1B57) |
| 69(a) | ✓ | 11/3/22 | 2:36 | Photo of front of residence (GINN_00125) |
| 69(b) | ✓ | 11/4/22 | 11:48 | Photo of rear of residence (GINN_00127) |
| 69(c) | ✓ |  |  | Photo of front of residence with large shed (GINN_00134) |
| 69(d) | ✓ |  |  | Photo of entryway (GINN_00175) |
| 69(e) | ✓ |  |  | Photo of living room and kitchen (GINN_00176) |
| 69(f) | ✓ |  |  | Photo of kitchen and dining room (GINN_00179) |

| | | | | | |
|---|---|---|---|---|---|
| 69(g) | ✓ | 11/4/22 | 11:48 | | Photo of living room into master bedroom (GINN_00187) |
| 69(h) | ✓ | | | | Photo of master bedroom (GINN_000188) |
| 69(i) | ✓ | | | | Photo of master bedroom (GINN_00189) |
| 69(j) | ✓ | | | | Photo of entry to master bathroom (GINN_00193) |
| 69(k) | ✓ | | | | Photo of master bathroom (GINN_00194) |
| 69(l) | ✓ | | | | Photo of entry to Room E (GINN_00198) |
| 69(m) | ✓ | | | | Photo of hallway (GINN_00213) |
| 69(n) | ✓ | | | | Photo of $4,000 in pillowcase (GINN_00306) |
| 69(o) | ✓ | | | | Close-up photo of 3 drug ledgers on master bedroom dresser (GINN_00310) (1B6-STL) |
| 69(p) | ✓ | | | | Close-up photo of methamphetamine and paraphernalia in silver bag (GINN_00319) (1B57) |
| 69(q) | ✓ | | | | Photo of recovery of drug ledger from room E (GINN_000327) (1B4) |
| 69(r) | ✓ | | | | Close-up photo of $3,903 and drug ledger from white purse (GINN_00379) (1B13-STL) |
| 69(s) | ✓ | | | | Photo of recovery of Cobra FS380, .380 caliber semi-automatic pistol, S/N FS099788 (GINN_00417) |
| 69(t) | ✓ | | | | Photo of recovery of Cobra FS380 (GINN_00418) |
| 69(u) | ✓ | | | | Close-up photo of Cobra FS 380 (GINN_00420) |
| 69(v) | ✓ | | | | Photo of recovery of methamphetamine from cabinet to right of dishwasher (GINN_00447) |
| 69(w) | ✓ | | | | Close-up photo of methamphetamine from cabinet to right of dishwasher (GINN_00453) (1B68) |
| 69(x) | ✓ | | | | Close-up photo of meth from cabinet to right of dishwasher (GINN_00456) (1B69-STL) |
| 69(y) | ✓ | | | | Photo of safe behind master bathroom wall (GINN_00459) |

Page 7

| | | | | | |
|---|---|---|---|---|---|
| 69(z) | ✓ | 11/4/22 | 11:48 | | Close-up photo of items arounds safe behind master bathroom wall (GINN_00462) |
| 69(aa) | ✓ | | | | Close-up photo of contents of safe behind master bathroom wall (GINN_00467) |
| 69(bb) | ✓ | | | | Close-up photo of Glock 19 9mm semi-automatic pistol, S/N ABZX738 (GINN_00469) (1B26) |
| 69(cc) | ✓ | | | | Photo of 455 grams of methamphetamine recovered from safe behind master bathroom wall (GINN_00473) (1B71) |
| 69(dd) | ✓ | | | | Photo of $4,000 recovered from safe behind master bathroom wall (GINN_00478) |
| 69(ee) | ✓ | | | | Photo of recovery of dentures and bloody card from floor (GINN_00504) |
| 69(ff) | ✓ | | | | Close-up photo of recovery of dentures and bloody card from floor (GINN_00505) |
| 69(gg) | ✓ | | | | Photo of dentures (GINN_00509) |
| 69(hh) | ✓ | | | | Photo of bloody card (GINN_00513) |
| 69(ii) | ✓ | | | | Photo of blood drops (GINN_00518) |
| 69(jj) | ✓ | | | | Far-out photograph of burn pit (GINN_00487) |
| 69(kk) | ✓ | | | | Photo of burn pit (GINN_00586) |
| 69(ll) | ✓ | | | | Photo of burn pit with evidence tags (GINN_00592) |
| 69(mm) | ✓ | | | | Photo of white cord from burn pit (GINN_00593) |
| 69(nn) | ✓ | | | | Photo of black electrical cord from burn pit (GINN_00594) |
| 69(oo) | ✓ | | | | Close-up photo of burn pit with evidence tags (GINN_00595) |
| 69(pp) | ✓ | | | | Photo of black pot from burn pit (GINN_00596) |
| 69(qq) | ✓ | | | | Photo of frying pan from burn pit (GINN_00598) |
| 69(rr) | ✓ | | | | Photo of burnt phone from burn pit (GINN_00600) |
| 69(ss) | ✓ | | | | Photo of white cord between house and burn pit (GINN_00602) |
| 69(tt) | ✓ | | | | Close-up photo of white cord between house and burn pit (GINN_00603) |

Page 8

Case 4:18-cr-00293-DGK   Document 722   Filed 10/31/22   Page 10 of 13
Case 4:18-cr-00293-DGK   Document 734   Filed 11/09/22   Page 8 of 11

| # | ✓ | Date | Time | Description |
|---|---|------|------|-------------|
| | | | | **Lafayette County Sheriff's Office – August 6, 2018 – Burning Car Scene** |
| 70 | ✓ | 11/4/22 | 2:17 | Video from of Valero gas station (Channel 21) |
| 70(a) | ✓ | 11/4/22 | 11:38 | Clip of video from Valero gas station (Channel 21) – exiting EB I-70 |
| 71 | ✓ | 11/4/22 | 2:17 | Video from Valero gas station (Channel 28) |
| 71(a) | ✓ | 11/4/22 | 11:38 | Clip of video from Valero gas station (Channel 28) – eastbound on frontage road |
| 72 | ✓ | 11/4/22 | 2:17 | Video from Valero gas station (Channel 30) |
| 72(a) | ✓ | 11/4/22 | 11:38 | Clip of video from Valero gas station (Channel 30) – eastbound on frontage road |
| 72(b) | ✓ | 11/4/22 | 2:14 | Clip of video from Valero gas station (Channel 30) – WB on I-70 |
| 73 | ✓ | 11/4/22 | 2:03 | Red gas can (5 gallon) (Item #18-4806-1) |
| 74 | | | | Gas can spout (Item #18-4806-2) |
| 75(a) | ✓ | 11/4/22 | 2:01 | Photo of gas can (GINN_91822) |
| 75(b) | | | | Close-up photo of gas can and spout (GINN_91823) |
| 75(c) | | | | Close-up photo of spout (GINN_91824) |
| 75(d) | | | | Close-up photo of gas can (GINN_91825) |
| 75(e) | | | | Photo of rear of burnt Challenger (GINN_91827) |
| 75(f) | ✓ | 11/4/22 | 2:00 | Photo of side of burnt Challenger (GINN_91828) |
| 75(g) | ✓ | 11/4/22 | 11:27 | Sketch of Bates City, MO burn site (GINN_92075) |
| | | | | **Search Warrant – 777 Grover Street, Apt/Unit 119, St. James, MO – August 30, 2018** |
| 76 | ✓ | 11/4/22 | 1:37 | 423.8 grams of methamphetamine (Item #T283.007) |
| 77 | | | | Missouri State Highway Patrol, Crime Laboratory Division, G Lab Drug Chemistry, Certified Report dated December 18, 2018, by Robert Miller, Criminalist (Lab #: 0540936) (GINN_87428) |

Page 9

Case 4:18-cr-00293-DGK   Document 722   Filed 10/31/22   Page 11 of 13
Case 4:18-cr-00293-DGK   Document 734   Filed 11/09/22   Page 9 of 11

| | | | | | |
|---|---|---|---|---|---|
| 78(a) | | | | | Photo of black backpack on dresser (GINN_91934) |
| 78(b) | | | | | Photo of methamphetamine in black backpack (GINN_91931) |
| 78(c) | | | | | Photo of methamphetamine from black backpack (GINN_91932) |
| 78(d) | | | | | Photo of US Currency in black backpack (GINN_91943) |
| 78(e) | | | | | Photo of US Currency in Patterson's vehicle (GINN_91947) |
| 78(f) | | | | | Photo of US Currency from Patterson's vehicle (GINN_91953) |
| | | | | | **Text to Danny Croney** |
| 79 | ✓ | 11/4/22 | 4:06 | | Text message to Danny Croney (GINN_13883) |
| | | | | | **Vicente Araujo Pursuit – Jackson County, MO – November 22, 2018** |
| 80 | ✓ | 11/4/22 | 4:12 | | Glock Model 22 .40 caliber handgun with two magazines, Serial #NBW256 (Item #26) |
| 81 | ✓ | | | | VMAC Model MAC 11 .45 caliber handgun, Serial #P14280 (Item #28) |
| 82 | ✓ | | | | Smith and Wesson Model SW40VE .40 caliber handgun, Serial #DTL2346 (Item #27) |
| 83 | ✓ | | | | Beretta Model 92S Caliber 9 handgun, Serial #U22039Z (Item #30) |
| 84 | ✓ | | | | Glock Model 19 9mm caliber handgun, Serial #BAZK342 (Item #12) |
| 85 | ✓ | | | | Wise Arms LLC Model AR15 .223 caliber pistol, Serial #11969 (Item #31) |
| 86 | ✓ | | | | Kitrics Scale ("Big Scale") (Item #13) |
| 87 | ✓ | | | | Wallet (black) containing Vicente Araujo's Missouri Driver License (Item #6) |
| 88 | ✓ | | | | 141 grams white crystal substance (Item #29) |
| 89 | ✓ | | | | $4,450 U.S. Currency with rubber bands (Item #8) |
| 90 | ✓ | | | | $335 U.S. Currency (Item #9) |
| 91 | ✓ | | | | Drug ledger notebooks (Item #11) |

| | | | | KCPD arrest of Gerald Ginnings by PO Johns – June 28, 2018 |
|---|---|---|---|---|
| 92 | ✓ | 11/3/22 | 11:12 | 47.02 grams crystal-like substance and small red baggies with residue (Items #1 and #2) |
| | | | | **Drug Buy – 5501 Smart Avenue, Kansas City, MO – September 13, 2018** |
| 93 | ✓ | 11/4/22 | 2:08 | 25.98 grams of methamphetamine (Item #1) – Tag #180017161 |
| | | | | **Drug Buy – 5501 Smart Avenue, Kansas City, MO – September 20, 2018** |
| 94 | ✓ | 11/4/22 | 2:08 | 24.18 grams of methamphetamine (Item #1) – Tag #180017610 |
| | | | | **Miscellaneous Exhibits** |
| 95 | | | | Firearm and ammunition Nexus reports from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), regarding various firearms recovered in this investigation. (GINN_87846 – 87848) |
| 96 | ✓ | 11/3/22 | 2:57 | Photo line-up |
| 97 | ✓ | 11/3/22 | 4:38 | Photo of Ben Puleo |
| 98 | ✓ | 11/3/22 | 4:38 | Photo of Shauna Hickman |
| 99 | ✓ | 11/3/22 | 4:38 | Photo of Russell McGinnis |
| 100 | ✓ | 11/3/22 | 4:38 | Photo of Michael Zeiger |
| 101 | ✓ | 11/3/22 | 4:38 | Photo of Doug McCrorey |
| 102 | ✓ | 11/3/22 | 2:57 | Photo of Markus Patterson |
| 103 | ✓ | 11/3/22 | 11:32 | Photo of Gloria May Jones |
| 104 | ✓ | 11/3/22 | 11:32 | Photo of Trevor Sparks |
| 105 | ✓ | 11/3/22 | 11:32 | Photo of Vicente Araujo |
| 106 | ✓ | 11/3/22 | 4:38 | Photo of Leslie Walker |
| 107 | ✓ | 11/3/22 | 1:07 | Photo of Chris Hansen |
| 108 | ✓ | 11/3/22 | 1:07 | Photo of Jennifer Wesson |
| 109 | ✓ | 11/3/22 | 2:33 | Photo of Dave Richards |
| 110 | ✓ | 11/3/22 | 4:20 | Photo of Chris Rogan |
| 111 | ✓ | 11/3/22 | 4:20 | Photo of LeeAnn Schroeder |
| 112 | ✓ | 11/3/22 | 3:47 | Photo of James Hampton |
| 113 | ✓ | 11/3/22 | 3:47 | Photo of Brittanie Broyles |
| 114 | ✓ | 11/4/22 | 9:18 | Photo of Gerald Ginnings |
| 115 | ✓ | 11/4/22 | 3:22 | Photo of Christopher Parton |
| Joint Ex. 1 | ✓ | 11/4/22 | 4:27 | Stipulation |