# INSTRUCTION NO. A

If a witness who has cooperated with the government is or was a drug user, there are reasons his or her testimony should be considered with great care. A regular user of narcotics has a constant need for supply of drugs and for money to support his habit and also may have an abnormal fear of imprisonment in which his supply of drugs might be cut off. Additionally, a witness who was under the influence of drugs or alcohol at the time of a particular event may have an impaired recollection of that which occurred during that event. These are special circumstances which you may consider in weighing testimony of this kind. You of course may give the testimony such weight as you think proper after considering all relevant circumstances.

Defendant's Instruction No. 10
SOURCE: *United States v. Payton*, 636 F. 3d 1027 (8th Cir. 2011).